| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Debra Wong Yang (SBN 123289)<br>Nicola T. Hanna (SBN 130694)<br>Lauren D. Friedman (SBN 251086)<br>Jared Greenberg (SBN 300400)<br>Gibson, Dunn & Crutcher LLP<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Tel:  (949) 451-3800;  fax:  (949) 451-4220<br>ATTORNEY(S) FOR: Plaintiffs | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLERGAN, INC. and ALLERGAN USA, INC.<br><br>Plaintiff(s),<br>v.<br><br>AMAZON MEDICA and DOES 1-10<br><br>Defendant(s) | CASE NUMBER:<br>2:16-cv-08403<br><br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiffs Allergan, Inc. and Allergan USA, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Allergan, Inc. | Plaintiff |
| Allergan USA, Inc. | Plaintiff |
| Allergan plc | Parent company of Plaintiff Allergan, Inc. |

| | |
|---|---|
| November 10, 2016<br>Date | /s/ Nicola T. Hanna<br>Signature<br>Nicola T. Hanna<br><br>Attorney of record for (or name of party appearing in pro per):<br><br>Plaintiffs Allergan, Inc. and Allergan USA, Inc. |

