NICOLA T. HANNA, SBN 130694
  nhanna@gibsondunn.com
LAUREN D. FRIEDMAN, SBN 251086
  lfriedman@gibsondunn.com
JARED GREENBERG, SBN 300400
  jgreenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

DEBRA WONG YANG, SBN 123289
  dwongyang@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Plaintiffs
ALLERGAN, INC. and ALLERGAN USA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLERGAN, INC. and ALLERGAN USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON MEDICA and DOES 1-10, <br><br> Defendants. | CASE NO. 2:16-cv-08403 <br><br> **CORPORATE DISCLOSURE STATEMENT** <br> **[FED. R. CIV. P. 7.1]** |

Gibson, Dunn &
Crutcher LLP

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Plaintiffs Allergan, Inc. and Allergan USA, Inc. certifies that Allergan, Inc. and Allergan USA, Inc. are nongovernmental corporate parties in the above-captioned action. Allergan USA, Inc. is a wholly owned subsidiary of Allergan, Inc., which is a wholly owned subsidiary of Allergan plc. No publicly held company owns 10 percent or more of the stock in Allergan plc. In March 2015, Actavis plc acquired Allergan, Inc. Actavis plc subsequently has been renamed Allergan plc.

Dated: November 10, 2016

        DEBRA WONG YANG
        NICOLA T. HANNA
        LAUREN D. FRIEDMAN
        JARED GREENBERG
        GIBSON, DUNN & CRUTCHER LLP

By: */s/ Nicola T. Hanna*
        Nicola T. Hanna

Attorneys for Plaintiffs ALLERGAN, INC. and ALLERGAN USA, INC.

102201974.1

Gibson, Dunn & Crutcher LLP