1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ALLERGAN, INC. and ALLERGAN USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON MEDICA and DOES 1-10, <br><br> Defendants. | CASE NO. 2:16-cv-8403 CBM (SSx) <br><br> **ORDER GRANTING PLAINTIFFS ALLERGAN, INC. AND ALLERGAN USA, INC.'S MOTION FOR ALTERNATIVE SERVICE [10]** |
|---|---|

1  Upon considering the Motion for Alternative Service filed by Plaintiffs Allergan, Inc. and Allergan USA, Inc., and all exhibits, declarations, and other relevant material presented to the Court, and good cause appearing therefore, it is **HEREBY ORDERED** that:

    1.  The Motion for Alternative Service is **GRANTED**.

    2.  Plaintiffs' Complaint, Summons, and future documents related to the above captioned matter may be served on Defendants by email to office@amazonmedica.com, orders@amazonmedica.com, sales@amazonmedica.com, and vincent@amazonmedica.com.

**IT IS SO ORDERED.**

Dated: December 7, 2016

                                       Consuelo B. Marshall
                                    United States District Judge