NICOLA T. HANNA, SBN 130694
  NHanna@gibsondunn.com
LAUREN D. FRIEDMAN, SBN 251086
  LFriedman@gibsondunn.com
JARED GREENBERG, SBN 300400
  JGreenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:   949.451.3800
Facsimile:    949.451.4220

DEBRA WONG YANG, SBN 123289
  DWongYang@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

Attorneys for Plaintiffs
ALLERGAN, INC. and ALLERGAN USA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLERGAN, INC. and ALLERGAN USA, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON MEDICA and DOES 1-10,<br><br>　　　　　　Defendants. | CASE NO. 2:16−cv−8403 CBM (SSx)<br><br>**AMENDED NOTICE OF HEARING ON PLAINTIFFS ALLERGAN, INC. AND ALLERGAN USA, INC.'S MOTION FOR ORDER FOR EXPEDITED DISCOVERY**<br><br>**DISCOVERY MATTER**<br><br>**Hearing:**<br>Date:　　January 10, 2017<br>Time:　　10:00 a.m.<br>Place:　　Courtroom 590<br>Judge:　　Hon. Suzanne H. Segal |

Gibson, Dunn &
Crutcher LLP

TO DEFENDANT AMAZON MEDICA:

PLEASE TAKE NOTICE that the date for the hearing on Plaintiffs Allergan, Inc. and Allergan USA, Inc.'s Motion for Order for Expedited Discovery is hereby re-noticed from the previous date of December 27, 2016 to January 10, 2017.  The Motion has been re-noticed and served pursuant to the Court Order granting Plaintiffs' motion for alternative service issued on December 7, 2016, Dkt. No. 12.  This hearing will take place at the United States District Court, Central District of California – Western Division, in the Courtroom of the Honorable Suzanne H. Segal, located at the Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California 90012.

Dated:  December 12, 2016

DEBRA WONG YANG
NICOLA T. HANNA
LAUREN D. FRIEDMAN
JARED GREENBERG
GIBSON, DUNN & CRUTCHER LLP


By: */s/ Nicola T. Hanna*
　　　　　Nicola T. Hanna

Attorneys for Plaintiffs ALLERGAN, INC. and ALLERGAN USA, INC.

102223692.1

# PROOF OF SERVICE

I, Wendy S. Mills, declare as follows:

I am employed in the County of Orange, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Drive, Irvine, CA 92612-4412, in said County and State. On December 12, 2016, I served the following document(s):

**AMENDED NOTICE OF HEARING ON PLAINTIFFS ALLERGAN, INC. AND ALLERGAN USA, INC.'S MOTION FOR ORDER FOR EXPEDITED DISCOVERY**

on the parties stated below, by the following means of service:

| | |
|---|---|
| office@amazonmedica.com | orders@amazonmedica.com |
| sales@amazonmedica.com | vincent@amazonmedica.com |

☑ **BY ELECTRONIC SERVICE**: On the above-mentioned date at approximately 3:30 p.m., based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses as shown above.

☑ I am employed in the office of Nicola T. Hanna, a member of the bar of this court, and the foregoing document(s) was(were) printed on recycled paper.

☑ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2016.

                                                       */s/ Wendy S. Mills*
                                                     Wendy S. Mills

102223692.1

Gibson, Dunn & Crutcher LLP