| | |
|---|---|
| 1 | NICOLA T. HANNA, SBN 130694 |
| |   NHanna@gibsondunn.com |
| 2 | LAUREN D. FRIEDMAN, SBN 251086 |
| |   LFriedman@gibsondunn.com |
| 3 | JARED GREENBERG, SBN 300400 |
| |   JGreenberg@gibsondunn.com |
| 4 | GIBSON, DUNN & CRUTCHER LLP |
| | 3161 Michelson Drive |
| 5 | Irvine, CA  92612-4412 |
| | Telephone:  949.451.3800 |
| 6 | Facsimile:   949.451.4220 |
| 7 | DEBRA WONG YANG, SBN 123289 |
| |   DWongYang@gibsondunn.com |
| 8 | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue |
| 9 | Los Angeles, CA  90071-3197 |
| | Telephone:  213.229.7000 |
| 10 | Facsimile:   213.229.7520 |
| 11 | Attorneys for Plaintiffs |
| | ALLERGAN, INC. and ALLERGAN USA, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLERGAN, INC. and ALLERGAN USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON MEDICA and DOES 1-10, <br><br> Defendants. | CASE NO. 2:16−cv−8403 CBM (SSx) <br><br> **PROOF OF SERVICE ON PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ORDER FOR EXPEDITED DISCOVERY** <br><br> **DISCOVERY MATTER** <br><br> **Hearing:** <br> Date:    January 10, 2017 <br> Time:    10:00 a.m. <br> Place:   Courtroom 590 <br> Judge:   Hon. Suzanne H. Segal |

**PROOF OF SERVICE**

I, Wendy S. Mills, declare as follows:

I am employed in the County of Orange, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Drive, Irvine, CA 92612-4412, in said County and State. On December 12, 2016, I served the following document(s):

1) **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ORDER FOR EXPEDITED DISCOVERY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND**

2) **ORDER FOR EXPEDITED DISCOVERY**

on the parties stated below, by the following means of service:

| | |
|---|---|
| office@amazonmedica.com | orders@amazonmedica.com |
| sales@amazonmedica.com | vincent@amazonmedica.com |

☑ **BY ELECTRONIC SERVICE**: On the above-mentioned date at approximately 3:30 p.m., based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses as shown above.

☑ I am employed in the office of Nicola T. Hanna, a member of the bar of this court, and the foregoing document(s) was(were) printed on recycled paper.

☑ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2016.

*Wendy S. Mills* (signature)
Wendy S. Mills

102217764.2

Gibson, Dunn & Crutcher LLP