1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ALLERGAN, INC. and ALLERGAN USA, INC., | CASE NO. CV 16−8403 CBM (SSx) |
|---|---|
| Plaintiffs, | |
| v. | **ORDER GRANTING REQUEST FOR EXPEDITED DISCOVERY AND VACATING HEARING DATE** |
| AMAZON MEDICA and DOES 1-10, | |
| Defendants. | |

On November 23, 2016, Plaintiffs filed a Motion for Expedited Discovery. No opposition has been filed and the deadline for filing an opposition has passed. The Court finds that Plaintiffs have stated good cause for expedited discovery.

Therefore, upon consideration of the Motion for Expedited Discovery filed by Plaintiffs Allergan, Inc. and Allergan USA, Inc., and all other relevant material presented to the Court, it is **HEREBY ORDERED** that:

The Motion for Expedited Discovery is **GRANTED** and Plaintiffs may commence third party discovery in order to ascertain Defendants' identities, location, and information regarding their operations without the need to conduct a conference under Rule 26(f) of the Federal Rules of Civil Procedure. The hearing date is **VACATED.** No appearance is necessary.

**IT IS SO ORDERED.**

Dated: January 5, 2017

/S/
Suzanne H. Segal
United States Magistrate Judge