1  NICOLA T. HANNA, SBN 130694
     NHanna@gibsondunn.com
2  LAUREN D. FRIEDMAN, SBN 251086
     LFriedman@gibsondunn.com
3  JARED GREENBERG, SBN 300400
     JGreenberg@gibsondunn.com
4  GIBSON, DUNN & CRUTCHER LLP
   3161 Michelson Drive
5  Irvine, CA 92612-4412
   Telephone: 949.451.3800
6  Facsimile: 949.451.4220

7  DEBRA WONG YANG, SBN 123289
     DWongYang@gibsondunn.com
8  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
9  Los Angeles, CA 90071-3197
   Telephone: 213.229.7000
10 Facsimile: 213.229.7520

11 Attorneys for Plaintiffs
   ALLERGAN, INC. and ALLERGAN USA, INC.
12

13                UNITED STATES DISTRICT COURT
14                CENTRAL DISTRICT OF CALIFORNIA
15                        WESTERN DIVISION

| ALLERGAN, INC. and ALLERGAN USA, INC., | CASE NO. 2:16-cv-8403 CBM (SSx) |
|---|---|
| Plaintiffs, | **LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS** |
| v. | |
| AMAZON MEDICA and DOES 1-10, | |
| Defendants. | |

Gibson, Dunn & Crutcher LLP

The United States District Court for the Central District of California, a judicial authority within the territory of the United States of America, presents its compliments to the judicial authorities of the Federal Republic of Germany and requests assistance in obtaining evidence to be used in civil proceedings before this District Court.

This request is made pursuant to, and in conformity with, Chapter I of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters (18 March 1970) (the "Hague Evidence Convention"), to which both the United States and the Federal Republic of Germany are parties, and the United States Federal Rules of Civil Procedure.

This case is a civil proceeding before the Requesting Authority. The Requesting Authority seeks the assistance of the Requested Authority to obtain information that Plaintiffs Allergan, Inc. and Allergan USA, Inc. (collectively, "Allergan" or "Plaintiffs") believe are in the possession of imec Messtechnik GmbH, a non-party entity located in the Federal Republic of Germany.

As of the date of this order, Mr. Marco Baur, Account Manager at imec Messtechnik GmbH, is a non-party witness who Plaintiffs believe possesses relevant information. This District Court requests assistance related to the above-captioned matter in compelling the deposition of Marco Baur, Account Manager, imec Messtechnik GmbH. The details are set forth below.

1. **Sender:**
   The Honorable Suzanne H. Segal
   United States Magistrate Judge
   United States District Court for the Central District of California
   255 East Temple Street
   Los Angeles, CA 90012
   United States of America

2. **Central Authority of the Requested State:**
   President of the Local Court of Freiburg
   Holzmarkt 2
   79098 Freiburg
   Federal Republic of Germany

Gibson, Dunn &
Crutcher LLP

3. **Person to Whom the Executed Request Is to Be Returned:**
   Attorney Dr. Steffen Burrer
   Noerr LLP
   Brienner Straße 28
   80333 München
   Federal Republic of Germany

4. **In Conformity with Article 3 of the Hague Evidence Convention, the Undersigned Has the Honor to Submit the Following Request:**

   **The Requesting Judicial Authority:**
   The Honorable Suzanne H. Segal
   United States Magistrate Judge
   United States District Court for the Central District of California
   255 East Temple Street
   Los Angeles, CA 90012
   United States of America

   **To the Competent Authority of:**
   The Federal Republic of Germany,
   State of Baden-Württemberg

5. **Names and Addresses of the Parties and Their Representatives:**

   **Plaintiffs:**
   Allergan, Inc. and Allergan USA, Inc.
   Morris Corporate Center III
   400 Interpace Parkway
   Parsippany, NJ 07054
   United States of America

   **Counsel for Plaintiffs:**
   Debra Wong Yang
   Gibson, Dunn & Crutcher LLP
   333 South Grand Avenue
   Los Angeles, CA 90071-3197
   United States of America

   Nicola T. Hanna, Lauren D. Friedman, and Jared Greenberg
   Gibson, Dunn & Crutcher LLP
   3161 Michelson Drive
   12th Floor
   Irvine, CA 92612-4412
   United States of America

   **Defendant:**

Amazon Medica
Address Unknown[1]

**Counsel for Defendant:**
Unknown

6.   **Nature of the Proceedings:**

Allergan markets and distributes a portfolio of leading, branded pharmaceuticals, devices and biologic products, which include BOTOX® and the JUVÉDERM® product line. Amazon Medica, is an online company that purports to acquire Allergan-branded products from sources in the United Kingdom and diverts them for sale in the United States. United States law requires pharmaceuticals and medical devices to be approved for use by United States Federal Drug Administration ("FDA"), and that companies selling such products follow particular requirements for labeling, storage, advertising, importing, and distribution. Several of the Allergan-branded products Amazon Medica sells are not approved for use in the United States, and none of the products meet the United States legal requirements for labeling, storage, advertising, importing, and distribution of pharmaceuticals and medical devices. *See* 21 U.S.C. §§ 331, 351, 352, 353, 360eee–1; *see* 15 U.S.C. §§ 1114, 1125; *see* Cal. Health & Safety Code § 109875 *et seq.*; *see* Cal. Bus. & Prof. Code § 17200. Further, Amazon Medica conducts a deceptive marketing campaign designed to trick United States customers into thinking the products are legal and interchangeable with FDA-approved products.

In the course of its dealings, Amazon Medica has been represented by David Wagenleiter, Luke Simon, and Max Steinberg. Amazon Medica appears to use Rose Healthcare Ltd. (trading as Rose Pharmacy), and Mudan Pharma Ltd. as a conduit;

---

[1] Defendant Amazon Medica has been served with a copy of the Summons and Complaint in this action, but, as of this date, has not appeared before the Court. It is unknown if Amazon Medica has counsel.

both companies are controlled by Mr. Amerjeet Mudan and Mr. Tajinder Mudan. Mareli Medical, run by Markus Nilsson, is potentially connected with the supply of Allergan-branded products to Rose Healthcare Ltd. and Mudan Pharma Ltd. Further, Amazon Medica appears to use temperature loggers from imec Messtechnik GmbH in its shipments to the United States.

In February 2017, the website www.amazonmedica.com began redirecting users to www.amedicas.com. This appears to be an effort of Amazon Medica to rebrand itself as Amedicas.

### 7. Evidence to Be Obtained:

The District Court seeks the deposition, under oath, of Mr. Marco Baur, Account Manager at imec Messtechnik GmbH. It seeks various information, including the details of a particular sale, as well the details of dealings and correspondences between the various entities and individuals involved with the Amazon Medica scheme, and imec Messtechnik GmbH. The deposition questions are set out in Attachment 1.

Non-party imec Messtechnik GmbH is in current possession of some of the best evidence to prove the nature, purpose, and extent of Amazon Medica's illegal activity, as well as its physical location and the identities of those associated with Amazon Medica. Plaintiffs' belief that imec Messtechnik GmbH has such highly relevant evidence stems from the fact that Allergan-branded products ordered online from Amazon Medica were thereafter shipped to the United States. A tempmate.® S1 single-use temperature logger, manufactured by imec Messtechnik GmbH, was inside one of these packages. The device's model number is S1C10A01000, it has an expiration date of October 2018, and the unique device number under the barcode is S116100877-04. Amazon Medica's marketing material claims to include temperature monitoring devices in all of its shipments to the United States. Every tempmate.® S1 has a unique device number, which imec Messtechnik GmbH maintains in its business records. Marco Baur of imec Messtechnik GmbH reported to Allergan that the company can track the device in question, but the company requires a legal order to

produce purchaser information. Accordingly, imec Messtechnik GmbH is in possession of highly relevant evidence, which Allergan intends to present to the United States District Court as part of its case.

**8. The Identity and Address of the Person to Be Examined:**

Marco Baur
Account Manager
imec Messtechnik GmbH
Lilienthalstr. 23
74078 Heilbronn
The Federal Republic of Germany

**9. Questions to Be Put to the Persons to Be Examined or Statement of the Subject Matter About Which They Are to Be Examined:**

The Requesting Authority respectfully requests that Mr. Marco Baur be directed to answer the questions listed in Attachment 1, as well as any additional questions as are warranted by his answers.

**10. Any Requirement That the Evidence Be Given on Oath or Affirmation and Any Special Form to Be Used:**

The Requesting Authority respectfully requests that Mr. Marco Baur's testimony be taken under oath.

**11. Special Methods or Procedure to Be Followed:**

It is requested that the parties' representatives or their designees, and a stenographer to record verbatim the deposition, be permitted to be present in the deposition.

To the extent the Central Authority or such other court or judicial agency provides an order granting this Letter of Request in full or in part, the witness shall be summoned at the following address:

imec Messtechnik GmbH
Lilienthalstr. 23
74078 Heilbronn
The Federal Republic of Germany

It is requested to provide a copy of the deposition questions set out in Attachment 1 to Mr. Marco Baur with the letter of summons and to request him to take relevant documents or notes with him to the deposition which can help him answer the questions.

In the event the evidence cannot be taken in the manner requested, it is requested that the evidence be taken in the manner provided by the applicable law of the Federal Republic of Germany for the formal taking of evidence.

The time of the depositions shall be on a date to be determined by the Requested Authority, or as mutually agreed to by counsel.

12. **In Conformity with Article 7 of the Hague Evidence Convention, Plaintiffs Request for Notification of the Time and Place for the Execution of the Request:**

Please send notification to the following address:

> Attorney Dr. Steffen Burrer
> Noerr LLP
> Brienner Straße 28
> 80333 München
> Federal Republic of Germany

13. **The Fees and Costs:**

Fees and costs incurred, that are reimbursable under the second paragraph of Article 14 or Article 26 of the Hague Evidence Convention, will be borne by Plaintiffs.

### Closing

The Requesting Authority expresses its appreciation to the President of the local court of Freiburg for its courtesy and assistance in this matter. This Letter of Request is made this ___ day of June 2017, by the undersigned court, the United States District Court for the Central District of California, United States of America.

_____
The Honorable Suzanne H. Segal
United States Magistrate Judge

[seal of the court]



Gibson, Dunn & Crutcher LLP

1171

7

**Attachment 1**

It is requested that Mr. Marco Baur, Account Manager at imec Messtechnik GmbH, provide testimony by way of deposition on the following questions:

1. Have you heard of any of the following persons or entities and, if so, how do you know them?
   a. Amazon Medica;
   b. Amedicas;
   c. David Wagenleiter;
   d. Luke Simon;
   e. Max Steinberg;
   f. Rose Healthcare Ltd. (trading as Rose Pharmacy);
   g. Mudan Pharma Ltd.;
   h. Amerjeet Mudan;
   i. Tajinder Mudan;
   j. Mareli Medical; or
   k. Markus Nilsson.
2. What do you know about dealings, correspondences, purchases, and payments which have taken place between, or on behalf of, imec Messtechnik GmbH and any of the persons or entities listed in question 1?
3. What do you know about the sale of the tempmate.® S1 single-use temperature logger with the model number S1C10A01000, expiration date of October 2018, and unique device number S116100877-04 (the "Device") by imec Messtechnik GmbH?
4. To whom did imec Messtechnik GmbH sell the Device?
5. What is the address and contact information for the person or entity that purchased the Device (the "Purchasing Entity")?

Gibson, Dunn & Crutcher LLP

6. How was the Purchasing Entity introduced to imec Messtechnik GmbH?
7. How much did the Purchasing Entity pay for the Device?
8. How did the Purchasing Entity pay for the Device?
9. What are the banks and account numbers associated with the payment of the Device by the Purchasing Entity?
10. Describe all communications with the Purchasing Entity regarding the sale of the Device;
11. Name all individuals with whom imec Messtechnik GmbH communicated at the Purchasing Entity, together with their contact information;
12. How was the Device shipped to the Purchasing Entity?
13. Where was the Device shipped?
14. What were the tracking numbers of the shipment?
15. Who signed the delivery receipt for the shipment?
16. Did the Purchasing Entity buy other devices from imec Messtechnik GmbH? If so, what other devices?
17. Where were the additional devices shipped?
18. What were the tracking numbers of the shipments of additional devices?
19. Who signed the delivery receipt for each shipment of additional devices?
20. What are the unique device numbers of all of the additional devices purchased by the Purchasing Entity?
21. How did the Purchasing Entity pay for the additional devices? Please provide details of payment information;
22. Other than what you have described, has imec Messtechnik GmbH had any other dealings with Amazon Medica, Amedicas, David

Wagenleiter, Luke Simon, Max Steinberg, Rose Healthcare Ltd. (trading as Rose Pharmacy), Mudan Pharma Ltd., Amerjeet Mudan, Tajinder Mudan, Mareli Medical, or Markus Nilsson, or anyone else known to be associated with them; and

23. Provide any other relevant information which imec Messtechnik GmbH is aware of regarding Amazon Medica, Amedicas, David Wagenleiter, Luke Simon, Max Steinberg, Rose Healthcare Ltd. (trading as Rose Pharmacy), Mudan Pharma Ltd., Amerjeet Mudan, Tajinder Mudan, Mareli Medical, or Markus Nilsson, or anyone else known to be associated with them.