DEBRA WONG YANG, SBN 123289
　dwongyang@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JARED S. GREENBERG, SBN 300400
　jgreenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1801 California Street
Denver, CO 80202-2642
Telephone: 303.298.5700
Facsimile: 303.298.5907

Attorneys for Plaintiffs
ALLERGAN, INC. and ALLERGAN USA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLERGAN, INC. and ALLERGAN USA, INC.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON MEDICA and DOES 1-10,<br><br>　　　　Defendants. | CASE NO. 2:16−cv−8403 CBM (SSx)<br><br>**PROOF OF SERVICE ON PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE WHY COURT SHOULD NOT DISMISS FOR LACK OF PROSECUTION**<br><br>Judge:　Hon. Consuelo B. Marshall |

# PROOF OF SERVICE

I, Jacqueline Sprecher, declare as follows:

I am employed in the County of Denver, State of Colorado, I am over the age of eighteen years and am not a party to this action; my business address is 1801 California Street, Suite 4200, Denver, CO 80202-2642, in said County and State. On February 14, 2018, I served the following document:

**1. PLAINTIFFS ALLERGAN, INC. AND ALLERGAN USA, INC.'S RESPONSE TO ORDER TO SHOW CAUSE WHY COURT SHOULD NOT DISMISS FOR LACK OF PROSECUTION**

on the parties stated below, by the following means of service:

| | |
|---|---|
| office@amazonmedica.com | orders@amazonmedica.com |
| sales@amazonmedica.com | vincent@amazonmedica.com |

☑ **BY ELECTRONIC SERVICE**: On the above-mentioned date, based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses as shown above.

☑ I am employed in the office of Jared S. Greenberg, a member of the bar of this court, and the foregoing document(s) was(were) printed on recycled paper.

☑ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2018.

*/s/ Jacqueline Sprecher*
Jacqueline Sprecher

102449505.3

Gibson, Dunn & Crutcher LLP