UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 16-CV-08403-CBM-SS | Date | March 15, 2018 |
|---|---|---|---|

| Title | *Allergan, Inc. et al. v. Amazon Medica* |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- ORDER RE: PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**

On November 10, 2016, Plaintiffs filed the present action against Defendant Amazon Medica. (Dkt. No. 1.) Plaintiffs subsequently filed a proof of service indicating that Defendant had been served on December 12, 2016, making the answer due January 3, 2017. (Dkt No. 15.) The deadline for answering the complaint passed without a response from Defendant. Over a year has passed since that deadline, and Plaintiffs have filed neither a request for entry of default pursuant to Fed. R. Civ. P. 55(a), nor a request to extend Defendant's time to respond to the complaint pursuant to Fed. R. Civ. P. 6(b).

On February 7, 2018, the Court issued an order to show cause why this action should not be dismissed for failure to prosecute. (Dkt. No. 28.) Plaintiffs responded on February 14, 2018. (Dkt. No. 29.) Plaintiffs response indicates that they are in the midst of an extra-territorial, third-party discovery dispute relating to Plaintiffs' claims in this action. However, the response does not address Plaintiffs' failure to seek either entry of default or an extension of time for Defendant to respond to the complaint.

Because Plaintiffs have indicated that they are actively pursuing the litigation at issue, the Court finds Plaintiffs' response sufficient to vacate the current order to show cause. However, if Plaintiffs fail to seek either entry of default against Defendant or an extension of time for Defendants to respond to the complaint by May 15, 2018, another order to show cause may issue requiring Plaintiffs to explain why they have not addressed Defendant's missed deadline to respond to the complaint.

**IT IS SO ORDERED.**