DEBRA WONG YANG, SBN 123289
  DWongYang@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JARED S. GREENBERG, SBN 300400
  JGreenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1801 California Street
Denver, CO 80202-2642
Telephone: 303.298.5700
Facsimile: 303.298.5907

Attorneys for Plaintiffs
ALLERGAN, INC. and ALLERGAN USA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLERGAN, INC. and ALLERGAN USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON MEDICA and DOES 1-10,<br><br>Defendants. | CASE NO. 2:16−cv−8403 CBM (SSx)<br><br>**PLAINTIFFS ALLERGAN, INC. AND ALLERGAN USA, INC.'S REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT**<br><br>Judge: Hon. Consuelo B. Marshall |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:

Plaintiffs Allergan, Inc. and Allergan USA, Inc., (collectively, "Allergan") hereby respectfully request that the Clerk, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, please enter the default of Defendant Amazon Medica for failure to answer or otherwise defend Allergan's Complaint (Dkt. No. 1) for: (1) false advertising and unfair competition under 15 U.S.C. § 1125; (2) unfair competition under Cal. Bus. & Prof. Code § 17200 et seq.; (3) false advertising under Cal. Bus. & Prof. Code § 17500 et seq.; (4) trademark infringement under 15 U.S.C. §

1125; and (5) California common law tort of intentional interference with prospective economic advantage.  As set forth in the declaration of Jared S. Greenberg, filed herein, Defendants were served via alternative service, per the order of this Court (Dkt. No. 12), on December 12, 2016 (Dkt. No 15), and Defendants have failed to answer, plead, or otherwise respond to the Complaint.

Dated:  March 16, 2018

DEBRA WONG YANG
JARED S. GREENBERG
GIBSON, DUNN & CRUTCHER LLP


By:  /s/ *Jared S. Greenberg*
            Jared S. Greenberg

Attorneys for Plaintiffs ALLERGAN, INC. and ALLERGAN USA, INC.

102467832.1