DEBRA WONG YANG, SBN 123289
  DWongYang@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JARED S. GREENBERG, SBN 300400
  JGreenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1801 California Street
Denver, CO 80202-2642
Telephone: 303.298.5700
Facsimile: 303.298.5907

Attorneys for Plaintiffs
ALLERGAN, INC. and ALLERGAN USA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLERGAN, INC. and ALLERGAN USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON MEDICA and DOES 1-10,<br><br>Defendants. | CASE NO. 2:16−cv−8403 CBM (SSx)<br><br>**DECLARATION OF JARED GREENBERG IN SUPPORT OF PLAINTIFFS ALLERGAN, INC. AND ALLERGAN USA, INC.'S REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT**<br><br>Judge:   Hon. Consuelo B. Marshall |

# DECLARATION OF JARED GREENBERG

I, Jared Greenberg declare as follows:

1. I am above eighteen (18) years of age and not a party to this action. I am an attorney admitted to practice before this Court. I am an associate in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys responsible for the representation of Plaintiffs Allergan, Inc. and Allergan USA, Inc. (collectively, "Allergan") in the above-captioned matter. I submit this declaration in support of Allergan's Request for Entry of Default. Unless otherwise indicated, I have personal knowledge of the foregoing and could and would testify to the same if called as a witness in this matter.

2. Allergan filed its complaint with this Court on November 10, 2016. (Dkt. No. 1).

3. On December 7, 2016 this Court ordered alternative service of the Complaint, Summons, and future documents. (Dkt. No. 12).

4. Pursuant to this Court's Order for Alternative Service, Allergan served the complaint on Defendants on December 12, 2016. (Dkt. No. 15).

5. As of this date, the Defendants have failed to answer, plead, or otherwise defend against the Complaint and the time for Defendants to answer has not been extended. The time for filing a response has expired.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on March 14, 2018, at Denver, Colorado.

_____
Jared S. Greenberg

102467883.2