UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-08403-CBM (SSx) | Date | July 31, 2018 |
| Title | *Allergan, Inc. v. Amazon Medica et al.* | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Patricia Gomez. | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jared Greenberg | No Appearance |

**Proceedings:**   PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION [33]

    The case is called and counsel state their appearance. The Court and counsel confer. The Court GRANTS the Motion.

: 2