JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLERGAN, INC. and ALLERGAN USA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> AMAZON MEDICA, <br><br> Defendant. | Case No.: CV 16-8403-CBM-SS <br><br> **DEFAULT JUDGMENT** |

Consistent with this Court's order of July 31, 2018, judgment is hereby entered against Defendant Amazon Medica and in favor of Plaintiffs Allergan, Inc. and Allergan USA, Inc.

**IT IS SO ORDERED.**

DATED: October 15, 2018

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE